.

| | | |
|---|---|---|
| THERESIA ANN MARSHALL<br>PO BOX 974<br>WIGGINS, MS 39577 | LARRY MARSHALL<br>32 BUICK MARSHALL RD<br>WIGGINS, MS 39577 | US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVENW<br>WASHINGTON, DC 20530-00 |
| THOMAS C. ROLLINS, JR.<br>THE ROLLINS LAW FIRM, PLLC<br>P.O. BOX 13767<br>JACKSON, MS 39236 | MACY'S/ DSNB<br>ATYTN: BANKRUPTCY<br>701 E. 60TH STREET N<br>SIOUX FALLS, SD 57104 | WELLS FARGO<br>ATTN: BANKRUPTCY<br>1100 CORPORATE CENTER<br>RALEIGH, NC 27607 |
| AFFIRM, INC.<br>ATTN: BANKRUPTCY<br>650 CALIFORNIA ST<br>FL 12<br>SAN FRANCISCO, CA 94108 | MARINER FINANCE<br>ATTN: BANKRUPTCY<br>8211 TOWN CENTER DR<br>NOTTINGHAM, MD 21236 | |
| COMENITY CAPITAL<br>ATTN: BANKRUPTCY<br>PO BOX 182125<br>COLUMBUS, OH 43218 | ONEMAIN FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 142<br>EVANSVILLE, IN 47701 | |
| DISCOVER FINANCIAL<br>ATTN: BANKRUPTCY<br>PO BOX 3025<br>NEW ALBANY, OH 43054 | SEVENTH AVE<br>ATTN: BANKRUPTCY<br>1112 7TH AVE<br>MONROE, WI 53566 | |
| INTERNAL REVENUE SERVI<br>CENTRALIZED INSOLVENCY<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 965064<br>ORLANDO, FL 32896 | |
| INTERNAL REVENUE SERVI<br>C/O US ATTORNEY<br>501 EAST COURT ST<br>STE 4.430<br>JACKSON, MS 39201 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY<br>PO BOX 965060<br>ORLANDO, FL 32896 | |
| KEESLER FCU<br>ATTN: BANKRUPTCY<br>2602 PASS RD<br>BILOXI, MS 39531 | SYNCHRONY BANK<br>ATTN: BANKRUPTCY<br>P.O. BOX 965060<br>ORLANDO, FL 32896 | |
| KIKOFF<br>ATTN: BANKRUPTCY<br>75 BROADWAY<br>SAN FRANCISCO, CA 94111 | THE PEOPLES BANK<br>POB 487<br>BILOXI, MS 39530 | |