

SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: May 19, 2025

The Order of the Court is set forth below. The docket reflects the date entered.

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

IN RE:

THERESIA ANN MARSHALL                    NO. 25-50626 KMS

### ORDER

This matter having come on for consideration upon the Motion to Approve Agreement filed on behalf of Keesler Federal Credit Union (DK# 14 ) and the Court being advised that all parties agree to the requested relief, and that the Motion to Approve Agreement is well taken and should be granted, it is therefore,

ORDERED, ADJUDGED AND DECREED that the Motion to Approve Agreement filed on behalf of Keesler Federal Credit Union be, and the same hereby is granted, and further the Automatic Stay of Section 362 of the Bankruptcy Code is hereby terminated as to Keesler Federal Credit Union so as to allow it to pursue its rightful remedies as to its subject matter personal property, namely one 2017 Kia Forte, VIN 3KPFL4A87HE092188.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the subject matter personal property of the Debtor be, and the same hereby is, abandoned as property of the estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Order shall be immediately enforceable, and the provisions of Rule 4001(a)(3) F.R.Bkp. Pro., shall not apply

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

to this Order.

### ###END OF ORDER###

AGREED BY:

_____
ROBERT ALAN BYRD, Attorney for
Keesler Federal Credit Union

/S/THOMAS C. ROLLINS, JR.
Attorney for Debtor

/S/PHILLIP DUNNAWAY
Attorney for Trustee

BYRD & WISER
ATTORNEYS AT LAW
145 MAIN STREET
P.O. BOX 1939
BILOXI, MISSISSIPPI 39533
TELEPHONE (228) 432-8123
FAX (228) 432-7029

# CERTIFICATE OF TITLE

**STATE OF MISSISSIPPI** — **ORIGINAL**

Form # 79-001

MARSHALL, LARRY
092188

| VEHICLE IDENTIFICATION NUMBER | MAKE | YEAR | MODEL | BODY | TITLE NUMBER | TITLE TEXT (E.G. UNIT #) |
|---|---|---|---|---|---|---|
| 3KPFL4A87HE092188 | KIA | 2017 | FORTE | SD | MS0981074176 | |

| TITLE DATE | DATE OF FIRST SALE FOR USE NEW ONLY | NO. CYL | NEW/USED | TYPE OF VEHICLE | ODOMETER - NO TENTHS |
|---|---|---|---|---|---|
| 05/19/2022 | | 4 | USED | PC | 45488 ACTUAL |

**OWNER(S)**

MARSHALL, LARRY OR THERESIA
32 BUCK MARSHALL RD
WIGGINS MS 39577-9112

BRANDS:

**1ST LIENHOLDER**  DATE: 04/07/2022

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI MS 39534-7001

**2ND LIENHOLDER**  DATE:

**MAIL TO**

KEESLER FEDERAL CREDIT UNION
PO BOX 7001
BILOXI MS 39534-7001

---

LIEN SATISFACTION: THE UNDERSIGNED HOLDER OF ABOVE DESCRIBED LIEN(S) ON THE MOTOR VEHICLE DESCRIBED HEREON HEREBY ACKNOWLEDGES SATISFACTION THEREOF.

1ST LIEN _____ BY _____
         (LIENHOLDER)                   (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 _____

2ND LIEN _____ BY _____
         (LIENHOLDER)                   (SIGNATURE AND TITLE)
THIS _____ DAY OF _____ 20 _____

IN WITNESS WHEREOF I HAVE HEREUNTO SET MY HAND THIS THE 19TH DAY OF MAY 20 22

The Mississippi Department of Revenue hereby certifies that on application duly made, the person named herein is registered by this office as the lawful owner of the vehicle described subject to the liens or security interests as may subsequently be filed with the Mississippi Department of Revenue. This certificate of title is issued pursuant to the Mississippi Motor Vehicle Title Law Section 63-21-1, Mississippi Code of 1972, and subject to the provisions thereof.

CONTROL NUMBER
O 03927633

MISSISSIPPI DEPARTMENT OF REVENUE

VOID IF ALTERED