# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50626    **Case Name:** Theresia Ann Marshall

**Set:** 07/10/2025 10:00 am    **Chapter:** 13    **Type:** bk    **Judge:** Katharine M. Samson

**matter** Confirmation Hearing

Objection to Confirmation filed by the Trustee (Dkt. #17) - RESET TO 8/7/25 PER REQUEST OF PARTIES

Minute Entry Re: (related document(s): [9] Confirmation Hearing) The Objection filed by the Trustee (Dkt. #17) is reset to 8/7/25. Confirmation hearing removed. (mcc)