United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50626-KMS
Theresia Ann Marshall Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 1
Date Rcvd: Jul 09, 2025      Form ID: pdf012      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresia Ann Marshall, PO Box 974, Wiggins, MS 39577-0974 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Theresia Ann Marshall trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 5



**SO ORDERED,**

**Judge Katharine Samson**
**United States Bankruptcy Judge**
**Date Signed: July 9, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    THERESIA ANN MARSHALL            CASE NO. 25-50626 KMS

    DEBTOR .                                    CHAPTER 13

## ORDER RESETTING HEARING

This matter came on this date on the Objection to Confirmation filed by the Trustee (the "Objection") (Dkt. #17) and the Court having considered the facts herein, finds that the hearing on July 10, 2025, should be continued and reset.

IT IS, THEREFORE, ORDERED that the hearing on the Objection hereby is continued and reset for August 7, 2025, at 10:00 a.m., in the Bankruptcy Courtroom, 7th Floor, Dan M. Russell, Jr. U. S. Courthouse, 2012 15th Street, Gulfport, Mississippi.

##END OF ORDER##

Courtroom Deputy
228-563-1797 (use to advise of settlement)
228-563-1841