# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50626  **Case Name:** Theresia Ann Marshall

**Set:** 08/07/2025 10:00 am  **Chapter:** 13  **Type:** bk  **Judge:** Katharine M. Samson

**matter** Objection to Confirmation of Plan Filed by Trustee Warren A. Cuntz T1 Jr. (RE: related document(s)2 Chapter 13 Plan).  (Dkt. #17)

---

Minute Entry Re: (related document(s): [17] Objection to Confirmation of the Plan filed by Warren A. Cuntz T1) Appearance: Phillip Brent Dunnaway, Jennifer Curry Calvillo. Matter will be rescheduled for next month. (cwe)