# Proceeding Minutes / Proceeding Memo

**Case #:** 25-50626   **Case Name:** Theresia Ann Marshall

**Set:** 09/04/2025 10:00 am   **Chapter:** 13   **Type:** bk   **Judge:** Katharine M. Samson

**matter:** Objection to Confirmation of Plan Filed by Trustee Warren A. Cuntz T1 Jr. (RE: related document(s)2 Chapter 13 Plan). (Dkt. #17)

---

Minute Entry Re: (related document(s): [17] Objection to Confirmation of the Plan filed by Warren A. Cuntz T1) Appearance: Phillip Brent Dunnaway, Jennifer Curry Calvillo. Objection is overruled as stated at hearing. Calvillo to submit order. Order due by 09/18/2025. (cwe)