_____



      SO ORDERED,

*/s/ Katharine M. Samson*

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 8, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**   Theresia Ann Marshall, Debtor      Case No. 25-50626-KMS
                                                                                  CHAPTER 13

## ORDER ON TRUSTEE'S OBJECTION TO CONFIRMATION

      THIS CAUSE having come on this date on the Trustee's Objection to Confirmation of the Plan (dk #17), the Court does find as follows:

      IT IS THEREFORE ORDERED that the Trustee's Objection to Confirmation of the Plan is hereby OVERRULED.

                                      Respectfully submitted,

                By:    /s/ Thomas C. Rollins, Jr.
                          Thomas C. Rollins, Jr. (MSBN 103469)
                          Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533