United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50626-KMS
Theresia Ann Marshall Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 3
Date Rcvd: Sep 18, 2025      Form ID: n031      Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresia Ann Marshall, PO Box 974, Wiggins, MS 39577-0974 |
| 5504795 | + | Larry Marshall, 32 Buick Marshall Rd, Wiggins, MS 39577-9112 |
| 5504803 | + | The Peoples Bank, Pob 487, Biloxi, MS 39533-0487 |
| 5530737 | + | The Peoples Bank, Biloxi, Mississippi, Nathan L. Scott, 759 Howard Avenue, Biloxi, MS 39530-4305 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: wrs@byrdwiser.com | Sep 18 2025 19:26:00 | Keesler Federal Credit Union, c/o Robert Alan Byrd, P.O. Box 1939, Biloxi, MS 39533-1939 |
| 5504788 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 18 2025 19:28:34 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5528701 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 19:28:34 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5504789 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 18 2025 19:26:00 | Comenity Capital, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5504796 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 18 2025 19:28:27 | Macy's/ DSNB, Atytn: Bankruptcy, 701 E. 60th Street N, Sioux Falls, SD 57104 |
| 5504791 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 18 2025 19:26:00 | Department of Treasury - Internal Revenue Service, Centralized Insolvency, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5507749 | | Email/Text: mrdiscen@discover.com | Sep 18 2025 19:26:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 5504790 | + | Email/Text: mrdiscen@discover.com | Sep 18 2025 19:26:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5504792 | + | Email/Text: ebone.woods@usdoj.gov | Sep 18 2025 19:26:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5527020 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 18 2025 19:26:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5504793 | + | Email/Text: melissa.martin@kfcu.org | Sep 18 2025 19:26:00 | Keesler FCU, Attn: Bankruptcy, 2602 Pass Rd, Biloxi, MS 39531-2728 |
| 5504794 | + | Email/Text: bankruptcy@kikoff.com | Sep 18 2025 19:26:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 5504797 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 18 2025 19:26:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 5504798 | + | Email/PDF: cbp@omf.com | Sep 18 2025 19:28:33 | OneMain Financial, Attn: Bankruptcy, Po Box 142, Evansville, IN 47701-0142 |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: n031 | Total Noticed: 26 |

| Recip ID | | Notice Type | Email Address | Date/Time | Name and Address |
|---|---|---|---|---|---|
| 5509515 | + | Email/PDF: | cbp@omf.com | Sep 18 2025 19:28:33 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5528503 | | Email/PDF: | resurgentbknotifications@resurgent.com | Sep 18 2025 19:28:27 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5504799 | + | Email/Text: | bankruptcy@sccompanies.com | Sep 18 2025 19:26:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 5504801 | + | Email/PDF: | ais.sync.ebn@aisinfo.com | Sep 18 2025 19:28:34 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5504800 | + | Email/PDF: | ais.sync.ebn@aisinfo.com | Sep 18 2025 19:28:27 | Synchrony Bank, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5504804 | ^ | MEBN | | Sep 18 2025 19:22:32 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5504805 | + | Email/PDF: | Bankruptcynoticesauto@wellsfargo.com | Sep 18 2025 19:38:51 | Wells Fargo, Attn: Bankruptcy, 1100 Corporate Center, Raleigh, NC 27607-5066 |
| 5513202 | + | Email/PDF: | BankruptcynoticesExceptions@wellsfargo.com | Sep 19 2025 01:03:41 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5504802 | *+ | Synchrony Bank, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025          Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1 Jr. pdunnaway@gport13.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Theresia Ann Marshall trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Sep 18, 2025 | Form ID: n031 | Total Noticed: 26 |

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 5

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−50626−KMS
**Chapter:** 13

**In re:**

Theresia Ann Marshall
PO Box 974
Wiggins, MS 39577

### Notice of Entry of Order Confirming Plan

The Court entered an Order on 09/18/2025 (Dkt. # 30 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

Jackson Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Thad Cochran U.S. Courthouse
501 East Court Street, Suite 2.300
Jackson, MS 39201
601−608−4600

Gulfport Office:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Dated: September 18, 2025

Danny L. Miller, Clerk of Court