United States Bankruptcy Court

Southern District of Mississippi

In re:

Theresia Ann Marshall

    Debtor

Case No. 25-50626-KMS

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 15, 2026 | Form ID: n001 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Theresia Ann Marshall, PO Box 974, Wiggins, MS 39577-0974 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5509515 | + | Email/PDF: cbp@omf.com | Apr 15 2026 19:33:05 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 5651377 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2026 19:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Phillip Brent Dunnaway | on behalf of Trustee Warren A. Cuntz T1  Jr. pdunnaway@gport13.com |
| Robert Alan Byrd | on behalf of Creditor Keesler Federal Credit Union rab@byrdwiser.com  wrs@byrdwiser.com;WandaRitaStanovich@gmail.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Theresia Ann Marshall trollins@therollinsfirm.com |

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Apr 15, 2026 | Form ID: n001 | Total Noticed: 3 |

jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 5

Form n001−asgnclm (Rev. 4/24)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**In re:**  Theresia Ann Marshall                                                    **Case No.:**25−50626−KMS

**Chapter** 13

**To:**  Assignee/Transferee                                    **To:**  Assignor/Transferor

Portfolio Recovery Associates, LLC                    OneMain Financial Group, LLC
PO Box 41067                                                          OneMain
Norfolk, VA 23541                                                   PO Box 3251
                                                                                Evansville, IN 47731

### Notice of Assignment/Transfer of Claim

**Notice is hereby given** that an Assignment/Transfer of Claim was filed in the above case. The Assignment/Transfer reflects that OneMain Financial Group, LLC has assigned/transferred its claim in the amount of $4,409.64 to Portfolio Recovery Associates, LLC.

**Notice is further given** that pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedure, if you object to said Assignment/Transfer then on or before **May 6, 2026** you are required to file a written response.  Registered users of the Electronic Case Filing (ECF) system should file any response using ECF.  Non−registered users should file any response at:

Clerk, U. S. Bankruptcy Court
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501

**Notice is further given** that if no timely objection is filed, the transferee shall be substituted for the transferor without further order of the court.

Dated: April 15, 2026                              Danny L. Miller, Clerk of Court
                                                               Dan M. Russell, Jr. U.S. Courthouse
                                                               2012 15th Street, Suite 244
                                                               Gulfport, MS 39501

                                                               228−563−1790